Send



OCT 23 2007

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JANE DOE,

    Plaintiff,

vs.

THE CITY OF LOS ANGELES, et al.,

    Defendants.

Case No. CV 07-1403-VAP (RNB)

CASE MANAGEMENT AND SCHEDULING ORDER [CIVIL RIGHTS]

## DISCOVERY

**1.  Cutoff Date**

All discovery shall be <u>completed</u> on or before **04/18/08**. No discovery may be taken after that date without the prior approval of the Court. Such approval will be granted only in exceptional circumstances and upon a showing of good cause. Discovery taken by deposition is complete when questioning ceases. Discovery taken by written request (interrogatories, requests for production of documents and things, and requests for admissions) is complete on the date when the written response to the request is due.

**2.  Availability of Discovery**

Parties may obtain discovery regarding any matter, not privileged, that

is relevant to the claim or defense of any party. See Fed.R.Civ.P. 26(b)(1). Pro se litigants are entitled to discovery in civil rights actions to the same extent as are litigants represented by counsel. Of course, the court may order a complete or partial stay of discovery in appropriate circumstances, including where a defense of qualified immunity is raised.

### 3. Depositions

Any deposition shall be scheduled to commence at least fourteen (14) calendar days after service of the deposition notice and at least five (5) court days before the discovery cutoff date. Pursuant to Fed. R. Civ. P. 30(a)(2), leave of Court is hereby given to depose plaintiff, if plaintiff is confined in prison.

### 4. Interrogatories

Any interrogatories shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

### 5. Production of Documents and Things

Any request for production of documents or things shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

### 6. Requests for Admissions

Any requests for admissions shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

## MOTIONS

### 7. Discovery Motions

Any motion challenging the adequacy of a discovery response, or seeking an order compelling further discovery, shall be filed and served not later than

ten (10) calendar days after the discovery cut-off date. The Court expects the parties to resolve discovery problems among themselves whenever possible.

### 8. Substantive Motions

Any motions directed to the Court's jurisdiction or to the merits of any claim or defense (such as a motion to dismiss or a motion for summary judgment) shall be filed and served not later than **05/19/08**. If no party to the action is in custody, the regular Local Rules governing the noticing and briefing of motions shall apply. See Local Rules 7, 56. If any party to the action is in custody, then no hearing date will be set, any opposition to the motion shall be filed and served within thirty (30) calendar days after service of the motion, any reply shall be filed within fifteen (15) calendar days after service of the opposition, and the motion shall be deemed submitted for decision on the basis of the papers timely filed and without oral argument unless otherwise ordered by the Court.

### STATUS REPORT

9. Each party shall file and serve a status report no later than **12/18/08**. The status report shall contain the following information: (a) a summary of the proceedings to date and a statement of the principal issues raised by the case; (b) a statement as to whether all parties have been served, and if not, a proposed deadline by which service will be completed; (c) a statement as to whether other parties will be added or amended pleadings will be filed, and if so, a proposed deadline by which those steps will be taken; (d) a description of any discovery completed, and a schedule for any future discovery; (e) a list of contemplated motions, if any, along with proposed dates for the filing and hearing of such motions; (f) an estimate of the time likely to be required for trial, and a statement as to whether trial by jury is desired and has been properly requested; (g) a description of any settlement negotiations that have occurred, and a recommendation as to the form of settlement

conference or other method of alternative dispute resolution that would be most appropriate given the nature of this case; (h) any suggestions the parties may wish to make regarding the management of this action. Where feasible, the parties are strongly encouraged to file a joint status report.

## COMPLIANCE WITH RULES

10. All parties must comply with the Federal Rules of Civil Procedure and the Local Rules of this Court, unless compliance is expressly waived by order.

11. Compliance with the following Local Rules of this Court is waived if, and only if, plaintiff is in custody and not represented by counsel: 7-3; 7-14; 7-15 (all substantive motions shall be deemed submitted the day after the reply papers are due); 26-1; 37-1; 37-2; 37-3; and 65-1 (but only to the extent that it requires motions for temporary restraining orders or preliminary injunctions to be set for hearing on the calendar).

IT IS SO ORDERED.

DATED:   October 22, 2007

ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE