UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   CV 07-1403-VAP (RNBx)                              Date   August 11, 2008

Title   JANE DOE -v- THE CITY OF LOS ANGELES; THE LOS ANGELES POLICE DEPARTMENT; JAMES FILLMORE and DOES 1 to 10, inclusive

Present: The Honorable   VIRGINIA A. PHILLIPS, JUDGE

| Gina Guzman | Kyung Lee-Green | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff:                Attorney Present for Defendants:

Jane Doe, pro se                                              Surekha A. Pessis

Proceedings: SCHEDULING CONFERENCE

   After conferring with counsel and pro se litigant, Jane Doe, the Court refers this action for transfer of further proceedings to Magistrate Judge Robert N. Block.

   Court vacates all further hearings.

   IT IS SO ORDERED.

:   00/14

Initials of Preparer         glg

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**