UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JANE DOE, | ) | Case No. CV 07-1403-VAP (RNB) |
| Plaintiff, | ) | consolidated for discovery purposes with |
| vs. | ) | Case No. CV 08-0237-VAP (RNB) |
| THE CITY OF LOS ANGELES, et al., | ) | CASE MANAGEMENT AND SCHEDULING ORDER |
| Defendants. | ) | |
| CHRISTIAN CURRY, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| THE LOS ANGELES POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

**NON-EXPERT DISCOVERY**

**1.    Cut-off Date**

All non-expert discovery shall be <u>completed</u> on or before **July 24, 2009**. No non-expert discovery may be taken after that date without the prior approval of the Court. Such approval will be granted only in exceptional circumstances and upon a

1

showing of good cause. Discovery taken by deposition is complete when questioning ceases. Discovery taken by written request (interrogatories, requests for production of documents and things, and requests for admissions) is complete on the date when the written response to the request is due.

### 2. Availability of Discovery

Parties may obtain discovery regarding any matter, not privileged, that is relevant to the claim or defense of any party. See Fed. R. Civ. P. 26(b)(1). Pro se litigants are entitled to discovery in civil rights actions to the same extent as are litigants represented by counsel. Of course, the Court may order a complete or partial stay of discovery in appropriate circumstances, including where a defense of qualified immunity is raised.

### 3. Depositions

Any non-expert deposition shall be scheduled to commence at least fourteen (14) calendar days after service of the deposition notice and at least five (5) court days before the discovery cut-off date.

### 4. Interrogatories

Any interrogatories shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

### 5. Production of Documents and Things

Any request for production of documents or things shall be served at least forty-five (45) calendar days prior to the discovery cut-off date.

### 6. Requests for Admissions

Any requests for admissions shall be served at least forty-five (45)

1 | calendar days prior to the discovery cut-off date.

## MOTIONS

### 7. Discovery Motions Relating to Non-Expert Discovery

Any motion challenging the adequacy of a discovery response, or seeking an order compelling further discovery, shall be filed and served not later than ten (10) calendar days after the non-expert discovery cut- off date. The Court expects the parties to resolve discovery problems among themselves whenever possible.

### 8. Substantive Motions

Any motions directed to the Court's jurisdiction or to the merits of any claim or defense (such as a motion to dismiss or a motion for summary judgment) shall be filed and served not later than **August 25, 2009**. The regular Local Rules governing the noticing and briefing of motions shall apply. See Local Rules 7, 56.

IT IS SO ORDERED.

DATED: February 4, 2009

_____
ROBERT N. BLOCK
UNITED STATES MAGISTRATE JUDGE