**JANE S. DOE**
12400 VENTURA BLVD, SUITE 402
STUDIO CITY, CA 91604
Telephone: (310) 226-7133; Fax: (310) 474-6565
Email: *janeandlamont@yahoo.com*

Plaintiff, as *in propria persona*

Original

FILED
CLERK, U.S.D.C. SOUTHERN DIVISION

MAR 1 7 2010

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA –SOUTHERN DIVISION

| | |
|---|---|
| JANE DOE,<br><br>   *Plaintiff,*<br><br><br><br><br><br><br><br>   vs.<br><br>CITY OF LOS ANGELES,<br>et al.<br>   *Defendants.*<br>_____ | **Case No. CV 07-1403 -VAP (RNB)**<br>*Honorable Virginia A. Phillips (Riverside)*<br>*Honorable Robert N. Block (Santa Ana)*<br><br><br>**DECLARATION OF PLAINTIFF JANE S. DOE IN RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE RE: DDA MATTHEW M. VODNOY DEPOSITION** |

-1-

# <u>DECLARATION OF JANE S. DOE</u>

I, JANE S. DOE, declare and state as follows:

1.  I am the plaintiff in the above-titled action.  I write this declaration in response to the Court's February 24, 2010 Order directing me to show cause regarding the events surrounding the cancellation of the deposition of third party witness [Mr. Matthew M. Vodnoy, hereinafter "Vodnoy"].  Except for those matters which I identify as being derived from information and belief, I have personal knowledge of the facts set forth within this declaration, and if called as a witness, I could and would testify competently thereto.

2.  I should not be included within this Order to Show Cause, due to the fact that my personal attendance at such deposition was never mandated, because Vodnoy has absolutely no relevance to any of the claims within my First Amended Complaint.  As such, there is no viable reason for me to be penalized for any supposed cancellation (of his deposition); and for the Court to sanction me '*in an amount sufficient to compensate both defendants' counsel and Vodnoy's counsel for their time expended*', would be a travesty of justice.

3.  The related subpoena was served by plaintiff Curry's process server, NOT mine, and Mr. Vodnoy's anticipated testimony was for discovery purposes pursuant to Mr. Curry's matter, and his matter only.

I declare under penalty of perjury under the laws of the United States of America and also under the State of California that the foregoing is true and correct.

Executed on March 11, 2010, in Los Angeles, California.

By: _____

**JANE S. DOE,** *Plaintiff*

-2-