UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-1403-VAP (RNB)<br>CV 08-0237-VAP (RNB) | Date | March 23, 2010 |
|---|---|---|---|

| Title | Jane Doe v. The City of Los Angeles, et al.<br>Christian Curry v. The Los Angeles Police Department, et al. |
|---|---|

| Present: The Honorable | Robert N. Block, United States Magistrate Judge | |
|---|---|---|
| Kerri Glover | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None present | None present |

**Proceedings:**     (IN CHAMBERS)

## Deposition of LA County Deputy District Attorney Matthew M. Vodnoy

In accordance with its previous Minute Orders and based on the declarations of defendants' counsel and Vodnoy's counsel attesting to (a) the amount of time that they expended in connection with the February 24, 2010 proceedings (including travel time), and (b) their reasonable hourly billing rates, the Court hereby imposes monetary sanctions on plaintiff Curry as follows.

　　　　1.　　As for defendants' counsel, the amount of sanctions being imposed is $1,200.00. Plaintiff Curry is ordered to pay that amount to the City of Los Angeles within fourteen (14) days of the service date of this Minute Order.

　　　　2.　　As for Vodnoy's counsel, the amount of sanctions being imposed is $880.56. Plaintiff Curry is ordered to pay that amount to the County of Los Angeles within fourteen (14) days of the service date of this Minute Order.

cc:     Judge Phillips