UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 07-1403-VAP (RNB)<br>CV 08-0237-VAP (RNB) | Date | March 25, 2010 |
|---|---|---|---|

| Title | Jane Doe v. The City of Los Angeles, et al.<br>Christian Curry v. The Los Angeles Police Department, et al. |
|---|---|

| Present: The Honorable | Robert N. Block, United States Magistrate Judge |
|---|---|

| Kerri Glover | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:            Attorneys Present for Defendants:

None present                                              None present

**Proceedings:**        (IN CHAMBERS)

## Deposition of LA County Deputy District Attorney Matthew M. Vodnoy

Nothing in plaintiff Curry's two March 24, 2010 filings causes the Court to reconsider or modify any of its prior rulings regarding the forfeiture of the Vodnoy deposition and the imposition of monetary sanctions against him.  The fact of the matter is that plaintiff Curry's response to the February 24, 2010 Order to Show Cause was untimely.  Nevertheless, the Court reviewed and considered plaintiff's Curry's untimely response, and addressed plaintiff Curry's contentions in its March 22, 2010 Minute Order.  As to the hourly rate utilized to compute the sanctions awarded to the City of Los Angeles, the relevant issue for the Court was not what Ms. Pessis's civil servant salary was, but rather whether the $300/hour sought constituted a reasonable hourly rate for a defense attorney in a civil rights case with Ms. Pessis's level of experience.

cc:    Judge Phillips