**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | | |
|---|---|---|
| **JANE DOE,** | ) | |
| Plaintiff, | ) ) | Case No. CV 07-01403 AJW |
| V. | ) ) | |
| **CITY OF LOS ANGELES, et al.,** | ) ) | **J U D G M E N T** |
| Defendants. | ) ) | |

**IT IS ADJUDGED** that this action is dismissed with prejudice.

November 13, 2013

_____
ANDREW J. WISTRICH
United States Magistrate Judge